# Exhibit B

## MODIFICATION AGREEMENT

**EFFECTIVE DATE:**        3/5/2026            

**LOAN PARTIES:**        Original Borrower: Yitzchok Karasick and Terri Kraut-Karasick

Borrower: Terri Kraut-Karasick

Guarantor: Yitzchok Karasick

Pledgor: Yitzchok Karasick and LC Avia Manager LLC, a Delaware limited liability company

Lender: Cogar Ventures LLC, a Delaware limited liability company

WHEREAS, on November 3, 2025, Lender made a loan to Original Borrower in the original principal amount of $300,000.00 (the "**Loan**").  The Loan is evidenced by that certain Promissory Note dated November 3, 2025 ("**Note**"), which is secured by, among other things, that certain Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated November 3, 2025 by Terri Kraut-Karasick to Lender ("**Mortgage**" and together with the Guaranty (defined below) and the Pledge Agreement (defined below) the "**Loan Documents**").

WHEREAS, the Loan has matured and Lender has agreed to extend the maturity date on the terms and conditions set forth herein.

AGREEMENT

NOW THEREFORE, in consideration of the mutual agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.    **Recitals.** The foregoing recitals are true and correct and by this reference are incorporated herein.

2.    **Amendment to Loan Documents.**  The Loan is restructured as follows:

(a)  The Maturity Date shall be April 15, 2026, upon which date Borrower shall pay the increased amount of $375,000.00;

(b)  Yitzchok Karasick is hereby released as a co-Borrower and in exchange therefore shall deliver to Lender: (i) that certain Guaranty executed by Yitzchok dated as of the Effective Date ("**Guaranty**"); and (ii) that certain Pledge and Security Agreement executed by Yitzchok and LC Avia Manager LLC, a Delaware limited liability company, pledging additional collateral for the Loan ("**Pledge Agreement**").

3.    **Representations and Warranties.** Each of Borrower and Guarantor represents and warrants to Lender that:

Docusign Envelope ID: 1789F15F-1AB9-4E77-992F-FA5A491B13B7

(a)     Borrower and Guarantor have no claims, counterclaims, defenses, or set-offs against Lender with respect to the Loan or the Loan Documents as modified herein.

(b)     The Loan Documents as modified herein are the legal, valid, and binding obligation of Borrower, Guarantor, and Pledgor, respectively, enforceable against Pledgor, Borrower and Guarantor in accordance with their terms.

5.     **No Defenses, Set offs or Counterclaims**.  Borrower and Guarantor represent and warrant to Lender that they have no claims, defenses, set offs, or counterclaim of any kind or nature whatsoever against Lender with respect to the Loan Documents (including the Note and Mortgage) or obligations thereunder, or any action previously taken or not taken by or on behalf of any of the Lender with respect thereto or with respect to any security interest, encumbrance, lien, or collateral in connection therewith to secure the outstanding indebtedness under the Loan.  Further, Borrower and Guarantor acknowledge, certify, represent and warrant that they have no claims or defenses in connection with the principal balance, the interest or fees charged or other sums heretofore paid or payable pursuant to or in connection with the Note or any other Loan Document.

6.     **Ratification of Loan Documents.** Borrower hereby further ratifies and acknowledges the continuing validity and enforceability of the Loan Documents and the obligations thereunder and first liens evidenced thereby.  Without in any manner limiting the generality of the foregoing, Borrower and Guarantor acknowledge and agree that: (a) Borrower and Guarantor duly and validly executed and delivered the Loan Documents, and (b) Lender is the holder of the Loan Documents.

7.     **Counterparts.** This instrument may be executed in any number of counterparts, each of which shall constitute an original and all of which shall be construed together as one document.  Delivery of a signature of this Agreement by facsimile transmission or by .pdf, .jpeg, .TIFF or other form of electronic mail attachment and other electronic signatures (including, without limitation, DocuSign and AdobeSign) shall be effective as delivery of a manually executed counterpart hereof prior to and in the absence of manual delivery.  The use of electronic signatures and electronic records (including, without limitation, any contract or other record created, generated, sent, communicated, received, or stored by electronic means) shall be of the same legal effect, validity and enforceability as a manually executed signature or use of a paper-based record-keeping system to the fullest extent permitted by applicable law.  Each party hereto hereby waives any defenses to the enforcement of the terms of this Agreement based on the form of its signature, and hereby agrees that such electronically transmitted or signed signatures shall be conclusive proof, admissible in judicial proceedings, of such party's execution of this Agreement.

8.     **Costs and Expenses**. Borrower hereby agrees to pay any and all fees, costs and expenses, including but not limited to reasonable attorneys' fees incurred by Lender in connection with the negotiation, preparation, filing and/or recording of this Agreement and all other documents and instruments executed pursuant to this Agreement and/or to create, perfect or modify the liens, security interests, assignments and/or pledges contemplated hereunder.

DATED as of the date first above stated.

LENDER:

**COGAR VENTURES LLC,** a Delaware limited liability company

Signed by:

By: _Cole Garson_
C3BAF31DA5BD442...
Name: Cole Garson
Its: Member

BORROWER:

_____

**TERRI KRAUT-KARASICK**

GUARANTOR AND PLEDGOR**:**

_____

**YITZCHOK KARASICK**

DATED as of the date first above stated.

LENDER:

**COGAR VENTURES LLC,** a Delaware limited liability company

By:_____
Name:
Its:

BORROWER:

**TERRI KRAUT-KARASICK**

GUARANTOR AND PLEDGOR**:**

**YITZCHOK KARASICK**

109342759.2