# EXHIBIT E



**Spencer Dreier**
sdreier@sdlawpllc.com
917.841.9571

April 30, 2026

<u>**Via Email and Certified Mail**</u>

Daniel Graber, Esq.                          Terri Kraut-Karasick
Graber Law                                   75 Thames Blvd
1407 Broadway, Suite 4002-A                  Bergenfield, NJ 07621
New York, NY 10018
dgraber@graberfirm.com

LC Avia Manager LLC
c/o Yitzchok Karasick
75 Thames Blvd
Bergenfield, NJ 07621
yk@liquidcapitalre.com

<b>Re: Final Demand For Payment on Loan To Yitzchok<br>
<u>Karasick / Terri Kraut-Karasick from Cogar Ventures LLC</u></b>

Dear Mr. Graber, Ms. Kraut-Karasick and LC Avia Manager LLC:

We are litigation counsel for Cogar Ventures LLC (the "Lender), which, as you know, is the owner and holder of a certain Promissory Note dated November 3, 2025, in the original principal amount of $300,000 (the "Note"), issued by Terri Kraut-Karasick ("Ms. Karasick") and Yitzchok Karasick ("Mr. Karasick") (together, the "Original Borrower"), and as modified by an Agreement dated March 5, 2026, which, *inter alia,* designated Ms. Karasick as the Borrower and Mr. Karasick as the Guarantor and increased the total Loan Amount, including the Loan Fee, to $375,000.  I am informed that the Borrower has failed to pay the indebtedness owed to the Lender upon maturity of the Note and that, despite repeated good faith efforts by the Lender to obtain payment and to accommodate the Borrower and Guarantor, no payment has been made, either in whole or in part, and no new payment terms have been agreed upon.  That is obviously unacceptable to Lender.

Accordingly, you are hereby provided ***formal notice of Borrower's default*** under the Note, as modified. Demand is hereby made on Borrower and Guarantor for immediate payment of the outstanding indebtedness of $375,000. If this is not paid in full as demanded herein within ***<u>seven days</u>*** of this letter, Lender shall pursue any and all available rights and remedies under the applicable loan documents, in law and/or in equity, without further notice or demand, as well as foreclosure. I understand from Lender's corporate counsel, Attorney Andrea Clay, that Mr. Graber represents Mr. Karasick and has corresponded with Ms. Clay in unsuccessful efforts to resolve

*Karasick*
Page 2

this; however, if I hear from you within seven days, and we can agree on some other terms, which at least includes a significant and immediate partial payment, perhaps we can still resolve this without legal recourse.

Towards that end, please advise on the status of that certain Tax Refund which is the subject of the Pledge and Security Agreement entered into between Mr. Karasick and LC Avia Manager LLC ("Manager") on the one hand and Lender on the other. You are reminded that, pursuant thereto, Lender has a first priority security interest in all of Mr. Karasick's and Manager's right, title and interest in the Tax Refund, among other collateral securing the Note, and demand is hereby made that the indebtedness be satisfied by same, as soon as possible and to the full extent possible.

Nothing set forth herein is intended or shall be deemed to modify, limit, release, reduce or waive any of Lender's rights, remedies or privileges under the loan documents or otherwise, all of which are specifically reserved.

While we wish to find an amicable resolution, the time to do so and finally resolve this is now.  I encourage you to contact me promptly.

Very truly yours,

SPENCER DREIER